**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Shanequa Sloss,**
individually and on behalf of all those
similarly situated,

Case No.: 4:26−cv−03277

Plaintiff,

vs.

**Wolverine World Wide, INC.**

Defendant.

## NOTICE OF SETTLEMENT

This Notice is to advise that Plaintiff Shanequa Sloss and Defendant Wolverine World

Wide, INC., **have entered a voluntary and amicable settlement of this case.**

Respectfully submitted,

*/s/ Vin Venkatesh, Esq.*
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10 day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system for the United States District Court for the Southern District of Texas. I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully Submitted,

/s/ Vinit R. Venkatesh, Esq.

Vinit R. Venkatesh, Esq.
Texas Bar No: 24144674
E-mail: vv@plgdamage.com
PLG DAMAGE ATTORNEYS
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027


COUNSEL FOR PLAINTIFF