United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANEQUA SLOSS and on behalf of those Similarly Situated | § § § § | |
| VS | § | CIVIL ACTION NO. H-26-3277 |
| WOLVERINE WORLD WIDE, INC. | § § § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 12). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED on this _____11_____ day of June 2026

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE