# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**SHANEQUA SLOSS,**

     Plaintiff,

vs.

                                                   **Case No.: 4:26−cv−03277**

**WOLVERINE WORLD WIDE, INC.**

     Defendant,

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shanequa Sloss hereby dismisses this entire action against Defendant Wolverine World Wide, Inc. with prejudice.

As of the date of this filing, the Defendant has neither served an answer to the complaint nor a motion for summary judgment. Accordingly, this dismissal is effective immediately upon filing without a court order pursuant to Rule 41(a)(1)(A)(i).

Dated: July 8, 2026

Respectfully Submitted,

*/s/ Vinit R. Venkatesh, Esq.*

Vinit R. Venkatesh, Esq.
Florida Bar No: 24144674
E-mail: vv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Ave Suite 509
Miramar, FL 33027
Phone: 305-506-4746

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 8, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic service in this case.


By: *<u>/s/ Vinit Roy Venkatesh</u>*

Vinit Roy Venkatesh, Esq.